No. 567. GOODYEAR TIRE & RUBBER CO., INC. *v.* JAMAICA TRUCK TIRE SERVICE, INC., ET AL.; and

No. 568. SEARS, ROEBUCK & CO. *v.* SAME. December 4, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs Silas H. Strawn* and *John D. Black* for Goodyear Tire & Rubber Co., Inc. *Mr. Charles Lederer* for Sears, Roebuck & Co. *Messrs. Joseph G. Slottow* and *Charles Leviton* for respondents.

No. 396. BOSTON SAFE DEPOSIT & TRUST CO. ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. December 11, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Harris H. Gilman* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key* and *J. P. Jackson* for respondent.

No. 553. GIANNINI *v.* BRASHEARS. December 11, 1933. Petition for writ of certiorari to the District Court of Appeal, 4th Appellate District, of California, denied. *Mr. Denver S. Church* for petitioner. *Mr. George Halverson* for respondent.

No. 564. TURNER, TRUSTEE, *v.* JOHN DEERE PLOW CO. December 11, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas S. Tobin* for petitioner. *Messrs. Burke Corbet, John Selby,* and *B. F. Peek* for respondent.

No. 570. MORRIS *v.* HUSSMAN ET AL. December 11, 1933. Petition for writ of certiorari to the Circuit Court